**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,

Plaintiff,

v.

KITCHENERY, INC., AKSHAY BHUVA, and LUIS ISAZA,

Defendants.

Case No.: 8:26-cv-00705-WFJ

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' ANSWER**

Defendants, by and through undersigned counsel, respectfully submit this Unopposed Motion for Extension of Time to File Answer to Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 6(b) and 12(a)(1)(A), and Local Rule 3.01 of the United States District Court for the Middle District of Florida.

Defendants state the following in support of this Motion:

1. Plaintiff filed its Complaint against Defendants on March 17, 2026.
2. Plaintiff served Defendant Kitchenery, Inc. and Defendant Akshay Bhuva with notice of this action on March 21, 2026, then served Defendant Luis Isaza on April 3, 2026.
3. The deadline to file Defendants' Answer to Plaintiff's Complaint is April 24, 2026.
4. Defendants require additional time beyond the standard deadline to adequately prepare and file a responsive Answer to the Complaint because they recently retained counsel who needs to conduct a thorough review of the allegations and supporting documents.

5. Defendants respectfully move this court for a thirty (30) day extension to file their Answer to Plaintiff's Complaint so that their counsel may get up to speed on this case and discuss potential resolutions with Plaintiff's counsel.
6. Defendants' counsel contacted Plaintiff's regarding this Motion, and Plaintiff has consented to the requested extension. Accordingly, this Motion is unopposed.
7. The requested extension will not prejudice Plaintiff or delay the proceedings, and Defendants commit to filing their Answer within the extended timeframe.
8. This is Defendants' first request for an extension of time to file an Answer in this matter.

**LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned hereby certifies that Defendants' counsel conferred with Plaintiff's counsel on the instant Motion on April 21, 2026 via email. Plaintiff does not oppose the instant Motion or the relief requested herein.

***Dated:*** April 21, 2026

Respectfully submitted,

*/s/ Maria Burbridge*

Maria R. Burbridge, Esq.
Fla. Bar No. 1039494
**BURBRIDGE, PA**
7901 4th Street North #22319
St. Petersburg, FL 33702
mb@burbridgelaw.com
954-406-2286
*Counsel for Defendants*