**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,

Plaintiff,

v.

KITCHENERY, INC., AKSHAY BHUVA, and LUIS ISAZA,

Defendants.

Case No.: 8:26-cv-00705-WFJ

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' ANSWER**

Defendants, by and through undersigned counsel, respectfully submit this Motion for Extension of Time to File Answer to Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 6(b) and 12(a)(1)(A), and Local Rule 3.01 of the United States District Court for the Middle District of Florida. Defendants state the following in support of this Motion:

1. Plaintiff filed its Complaint against Defendants on March 17, 2026.
2. Plaintiff served Defendant Kitchenery, Inc. and Defendant Akshay Bhuva with notice of this action on March 21, 2026, then served Defendant Luis Isaza on April 3, 2026.
3. The initial deadline to file Defendants' Answer to Plaintiff's Complaint was April 24, 2026.
4. On April 21, 2026, Defendants filed an Unopposed Motion for Extension to File Defendants' Answer, which this Court granted on the same day.

5. Defendants require additional time because their recently retained counsel needs to review the relevant case documents in order to thoroughly respond to Plaintiff's Complaint.

6. Defendants respectfully move this court for a thirty (30) day extension to file their Answer to Plaintiff's Complaint so that their counsel may comprehensively review the relevant case documents and discuss potential resolutions with Plaintiff's counsel.

7. Defendants' counsel contacted Plaintiff's counsel regarding this Motion. Plaintiff's counsel does not oppose an extension, but only up until this Friday, May 29th, 2026.

8. The requested extension will not prejudice Plaintiff or delay the proceedings.

9. This is Defendants' second request for an extension of time to file an Answer in this matter.

**LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned hereby certifies that Defendants' counsel conferred with Plaintiff's counsel on the instant Motion on May 26, 2026 via email. Plaintiff does not oppose the instant Motion or the relief requested herein.

***Dated:*** May 26, 2026

Respectfully submitted,

*/s/ Maria Burbridge*

Maria R. Burbridge, Esq.

Fla. Bar No. 1039494
**BURBRIDGE, PA**

7901 4th Street North #22319
St. Petersburg, FL 33702
mb@burbridgelaw.com
954-406-2286

*Counsel for Defendants*