United States District Court
Middle District of Florida
Tampa Division

DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,

***Plaintiff,***

**v.** **CASE NO.** 8:26-cv-00705-WFJ

KITCHENERY, INC., AKSHAY BHUVA, and LUIS ISAZA,

***Defendants.***

---

## Unopposed Motion to Withdraw

Maria Burbridge, Esq., proceeding under Local Rule 2.02(c), moves to withdraw from representing defendants in this action.

1. I certify that the client consents to the withdrawal.
2. The withdrawal will result in a person proceeding pro se. Defendants are currently in the process of retaining new counsel.
3. The withdrawal will not result in a continuance of a trial.

## Local Rule 3.01(g) Certification

I, Maria Burbridge, have conferred with the opposing party and represent the opposing party consents to my withdrawal.

***Dated:*** August 20, 2026

*/s/ Maria Burbridge*
Maria R. Burbridge, Esq.
Fla. Bar No. 1039494

7901 4th Street North #22319
St. Petersburg, FL 33702

954-406-2286

## Certificate of Service

The undersigned attorney certifies that the foregoing motion has been served upon all parties of record via this court's electronic case filing (ECF) system.

*/s/ Maria Burbridge*
Maria R. Burbridge, Esq.