**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,**

**Plaintiff,**

**v.** **Case No: 8:26-cv-705-WFJ-AAS**

**KITCHENERY, INC., AKSHAY BHUVA, and LUIS ISAZA,**

**Defendants.**
**_______________________________________/**

# ORDER

Attorney Maria Burbridge requests to withdraw as counsel for Defendants Kitchenery, Inc., Akshay Bhuva, and Luis Isaza (collectively, the defendants). (Doc. 18). The defendants and opposing counsel consent to the motion. (*Id.*).

Accordingly, it is **ORDERED**:

(1) Attorney Burbridge's motion to withdraw as counsel for the defendants is **GRANTED**.

(2) Kitchenery, Inc. is put on notice that a corporate entity cannot represent itself and must obtain counsel admitted to practice before this court. *Progressive Express Ins. Co. v. C&F Transp., LLC.*, No. 1:22-CV-20775, 2022 WL 17583749, at *1 (S.D. Fla. Oct. 13, 2022) (citing *Palazzo v. Gulf Oil Corp.*,

764 F.2d 1381, 1385 (11th Cir. 1985)). Kitchenery, Inc. must retain counsel who must file a notice of appearance by **September 11, 2026**.

(3) Individual defendants Akshay Bhuva and Luis Isaza are proceeding pro se. Individual defendants are advised they will be subject to the same law and rules of court as a litigant represented by counsel, including the Federal Rules of Civil Procedure and the Local Rules for the Middle District of Florida, and may be sanctioned for violating those rules or court orders. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989). Individual defendants must update the Clerk with any changes to their contact information.

**ORDERED** in Tampa, Florida, on August 21, 2026.

Amanda Arnold Sansone

AMANDA ARNOLD SANSONE
United States Magistrate Judge