**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No. 8:26-cv-705-WFJ/AAS**

DASSAULT SYSTEMES SOLIDWORDS CORPORATION,
a Delaware corporation,

Plaintiff,

v.

KITCHENERY, INC.,
a Florida corporation,
AKSHAY BHUVA, and
LUIS ISAZA,

Defendants.

---

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Griffin Klema, Esq., and the law firm Klema Law, P.L. hereby enter their appearance as counsel on behalf of defendant, Kitchenery, Inc., and request that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on them via CM/ECF or at the address listed below, as appropriate.

/s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672

420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Counsel for Defendant Kitchenery, Inc.*