**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No. 8:26-cv-705-WFJ/AAS**

DASSAULT SYSTEMES SOLIDWORDS CORPORATION,
a Delaware corporation,

Plaintiff,

v.

KITCHENERY, INC.,
a Florida corporation,
AKSHAY BHUVA, and
LUIS ISAZA,

Defendants.

---

**DEFENDANTS' DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, defendants Kitchenery, Inc., Akshay Bhuva, and Luis Isaza, make the following disclosure(s).

**Recusal Information**

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   **There is no parent entity of Kitchenery, Inc., which is a Delaware profit corporation. On information and belief, Dassault Systemes SE owns more than 10% of Dassault Systems Solidworks Corporation, both of which have multiple affiliates, some of which may be publicly traded.**

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

    a. **Dassault Systemes SolidWorks Corporation;**
    b. **Dassault Systemes SE (tickers: DSY.PA, DSYA.F, DSY.F, DASTF);**
    c. **Dassault Group; or**
    d. **any of their related entities (the relationship chart of which is attached hereto)**

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

    **Maria Burbridge, Esq. and her firm, Burbridge, P.A. were former counsel for defendants. She may appear as a witness in fees litigation.**

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

    **N/A**

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

    - **eBay Inc.**
    - **the eBay seller(s) of the subject computer (identity currently unknown)**

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

    **To the extent any court personnel are invested in:**

    e. **Dassault Systemes SolidWorks Corporation;**
    f. **Dassault Systemes SE (tickers: DSY.PA, DSYA.F, DSY.F, DASTF);**
    g. **Dassault Group; or**

**h. any of their related entities (the relationship chart of which is attached hereto),**

**then a conflict may exist.**

## Citizenship Information

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

   **While plaintiff's complaint asserts federal question jurisdiction pursuant to the Copyright Act, its claim for breach of contract is supplemental to those federalizing claims. Plaintiff has not pleaded diversity jurisdiction, and in any event, the parties would be non-diverse as both plaintiff Dassault and Kitchenery are Delaware corporations.**

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

   **N/A**

## Certificate

The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.

__/s/ Griffin Klema________
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**

PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Counsel for Defendants*

From https://www.marketwatch.com/investing/stock/dsy?countrycode=fr

**Listed companies belonging to the same Group: Dassault Systèmes SE**

| Company | Market Cap | Manager |
|---|---|---|
| DASSAULT SYSTÈMES SE | 31.5B | Pascal Daloz |
| DASSAULT AVIATION | 25.22B | Éric Trappier |
| MEDIDATA SOLUTIONS, INC. | 5.57B | Anthony Costello |
| IMMOBILIÈRE DASSAULT SA | 395M | Sandrine Fougeirol du Boullay |

**Private companies belonging to the same group as DASSAULT SYSTÈMES SE**

| Company | Manager |
|---|---|
| Sitam SA | - |
| Dassault Systèmes Deutschland GmbH | Christian Speth |
| Dassault Systèmes KK | - |
| Dassault Systèmes Americas Corp. | Bernald Charles |
| 3DS Financial Services Ltd. | - |
| Medidata Solutions KK | - |
| Dassault Syst?mes BV | - |
| Dassault Systèmes Singapore Pte Ltd. | - |
| Dassault Systèmes India Pvt Ltd. | - |
| Dassault Systèmes Australia Pty Ltd. | - |
| Dassault Systemes Simulia Corp. | Scott A. Berkey |
| Dassault Systèmes UK Ltd. | - |
| Dassault Systèmes SolidWorks Corp. | Manish Kumar |
| SITAM Belgique SA | Olivier de Beauregard |
| Dre Trebol de Diagonal SL | - |
| Dassault Réassurance SA | Charles Alluaume |
| Dassault International 99 SOC | - |
| C.P.P.J. SA | Sandrine Fougeirol du Boullay |
| Ste Européenne de Construction de l'Avion Breguet Atlantiq | - |
| Sogitec Industries SRL | - |
| Dassault Real Estate SAS | - |
| Financière Dassault SAS | - |
| Outscale SAS | Laurent Seror |
| Dassault Systèmes International SAS | - |
| Dassault Falcon Service SARL | - |
| Rafale International GIE | - |
| Dassault Assurances Courtage | - |
| Dassault Aviation Participations SAS | - |

Stock Market » Stocks » DSY Stock » Company Dassault Systèmes SE » Group


3DS FINANCIAL SERVICES LTD
DASSAULT SYSTEMES UK LIMITED
メディデータ・ソリューションズ株式会社
Dassault Systemes Simulia Corp.
DASSAULT SYSTEMES SOLUTIONS LAB PRIVATE LIMITED
MEDIDATA SOLUTIONS, INC.
DASSAULT SYSTEMES AUSTRALIA PTY LTD
DASSAULT SYSTEMES DEUTSCHLAND GMBH
DASSAULT SYSTEMES
ダッソー・システムズ株式会社
DASSAULT SYSTEMES SOLIDWORKS CORPORATION
DASSAULT SYSTEMES SINGAPORE PTE. LTD.
DASSAULT SYSTEMES INDIA PRIVATE LIMITED
YSTEMES AMERICAS CORP.
Dassault Systèmes B.V
DASSAULT SYSTEMES INTERNATIONAL
OUTSCALE
DASSAULT AVIATION PARTICIPATIONS
CES COURTAGE
DASSAULT FALCON SERVICE
STE EURO CONSTRUC AVION BREGUET ATLANTIC
RAFALE INTERNATIONAL
DASSAULT AVIATION
SOGITEC INDUSTRIES
DASSAULT INTERNATIONAL 99 SOC
DASSAULT REASSURANCE
Sitam SA
SITAM Belgique
FINANCIERE DASSAULT
Groupe Industriel Marcel Dassault SAS
DASSAULT REAL ESTATE
DRE TREBOL DE DIAGONAL S.L. (SOCIEDAD UNIPERSONAL)
IMMOBILIERE DASSAULT SA
C.P.P.J.