UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DASSAULT SYSTEMES
SOLIDWORKS CORPORATION,

Plaintiff,

v. Case No.: 8:26-cv-705-WFJ-AAS

KITCHENERY, INC., AKSHAY
BHUVA, and LUIS ISAZA,

Defendants.
_______________________________/

**ORDER APPOINTING MEDIATOR**

In accordance with Chapter Four of the Local Rules of the Middle District of Florida, it is **ORDERED AND ADJUDGED** that the following individual is hereby appointed by the Court to serve as mediator in this action:

**Name of Mediator**: Edward J. Page

Lead counsel shall coordinate with the Mediator and opposing counsel regarding the date, time, and place of the mediation. Once scheduled, lead counsel shall file a notice of scheduling mediation by April 12, 2027, in accordance with the Case Management and Scheduling Order. *See* Dkt. 16.

Please take notice that the substance of the mediation is confidential. No party, lawyer, or other participant is bound by, may record, or without the judge's

approval may disclose any event, including any statement confirming or denying a fact --- except settlement --- that occurs during the mediation.

Attendance is required of lead counsel, each party or a party's surrogate satisfactory to the mediator, and any necessary insurance carrier representative. Any unexcused absence or departure from the mediation is sanctionable. The parties should consult the undersigned's webpage on the FLMD website for the current policy requiring in person attendance. **The Court does not allow mediation by telephone or video conference. Personal attendance is required absent Court order.**

The mediator shall file a written report within seven (7) days of the mediation conference stating the outcome and whether all required persons attended.

**DONE AND ORDERED** at Tampa, Florida, on September 16, 2026.

s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies to**:
Mediator
Counsel of record and unrepresented parties if any