# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>KITCHENERY, INC., AKSHAY BHUVA, and LUIS ISAZA,<br><br>Defendants. | Case No. 8:26-cv-00705-WFJ-AAS<br><br>District Judge William F. Jung<br>Magistrate Judge Amanda Arnold Sansone |

**DECLARATION OF JEREMIAH FOLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

1. I, Jeremiah Foley, am an Associate Attorney at Harness IP. I am representing the plaintiffs in this matter. I am over the age of 18 and make this declaration on personal knowledge.

2. I received voicemails from Ms. Burbridge on July 21 and July 22. I reviewed those voicemails again today. She did not request an extension of time to respond to discovery in those voicemails.

3. I did not receive an email from Ms. Burbridge on July 21 or July 22. She did not request an extension of time to respond to discovery before the responses and objections were due.

4. On July 23, I received an email from Mr. Klema. He stated "I have not been formally engaged." I had never heard of Mr. Klema before and questioned his legitimacy and ability to request a discovery extension for a party he did not represent.

5. On July 24, I sent an email to Ms. Burbrige asking if Mr. Klema was legitimate and if she will be withdrawing.

6. On July 28, Ms. Burbridge responded saying she will be withdrawing. She did not answer my question regarding Mr. Klema.

7. On July 29, I received an email from a Kitchenery employee stating "We understand that Ms. Burbridge requested an extension concerning Kitchenery's responses to Dassault's discovery requests. Please let us know whether there have been any developments concerning that request or whether any immediate procedural action is required."

8. Subsequently on July 29, I contacted Ms. Burbrige asking her to tell her clients I am not allowed to speak to them and told her "Further you did not request an extension for the discovery responses as your client appears to think. They are now overdue and were not objected to. Please let me know when you intend to provide them."

9. On July 30, Ms. Burbridge responded: "Firstly, I do want to make clear that I did not tell my former clients that I received the extension." In the

same email she gave me permission to speak with her clients and sent me her motion for withdrawal. After requesting a change to the motion I said it was OK.

10. I did not speak to Ms. Burbridge on the phone following this exchange of emails.

11. I do not remember speaking to Ms. Burbridge after this exchange of emails.

12. I reviewed my phone call history, which shows that the last time Ms. Burbridge and I spoke on the phone was on July 28.

13. Ms. Burbridge's statement in paragraph 8 of her declaration that I "orally represented to [her] that Dassault Systemes would be willing to agree to an extension of time" (Doc. 21-1, PageID.318) is false.

14. On August 5, I still had not received the discovery responses or objections. I emailed Kitchenery and stated "Your response to our discovery requests are overdue. No extension has been granted. Expert reports are due a few months from now we cannot wait any longer. We understand you are seeking new counsel and can wait to request the court's assistance in compelling you to respond but we cannot wait much longer. Please let me know when you will send the responses."

15. On August 19, I still had not received the discovery responses or objections. Ms. Burbridge had yet to file her motion to withdraw from the case

and I had yet to receive the discovery responses. I emailed her and stated "It appears that you are not withdrawing from this case. I have not received any responses to our discovery requests. Please let me know when you are able to discuss them this week. If I do not hear from you we will move to compel responses."

16. On August 20, Ms. Burbridge responded saying that she has filed the motion to withdraw. She still had not provided the objections or responses to our discovery requests. She did not provided the objections or responses before her motion to withdraw was granted.

17. On September 3, I emailed Mr. Klema and stated "My apologies me and Mr. Forbis were at a hearing today. There has been no agreement regarding an extension of time to answer the discovery responses and they are long past due. I do not know where Ms. Burbridge got that idea from. I am free to discuss all day tomorrow. Please let me know when you are free."

18. Mr. Klema has not provided either discovery responses or objections since September 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2026.

/s/Jeremiah J. Foley