**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No. 8:26-cv-705-WFJ/AAS**

DASSAULT SYSTEMES SOLIDWORDS CORPORATION,
a Delaware corporation,

Plaintiff,

v.

KITCHENERY, INC.,
a Florida corporation,
AKSHAY BHUVA, and
LUIS ISAZA,

Defendants.

---

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT**

Defendants, Kitchenery, Inc., Akshay Bhuva, and Luis Izaza, by and through their attorney, Griffin Klema, Esq., and pursuant to Local Rule 3.01(i), request the Court convene an in-person hearing for purposes of receiving oral argument on the defendants' motion for judgment on the pleadings, [DE 31], and related motion to certify the question of secondary liability for immediate interlocutory appeal, [DE 32].

Given the argument respects 200 years of Supreme Court decisions that conflict with the prevailing views of lower courts, defendants anticipate that a hearing may require between 30 and 60 minutes for both sides to present their arguments.

/s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Counsel for Defendants*