**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No. 8:26-cv-705-WFJ/AAS**

DASSAULT SYSTEMES SOLIDWORDS CORPORATION,
a Delaware corporation,

Plaintiff,

v.

KITCHENERY, INC., a Florida corporation,
AKSHAY BHUVA, and
LUIS ISAZA,

Defendants.

---

**SUPPLEMENTAL CERTIFICATION UNDER LOCAL RULE 3.01(g)**

Defendants, Kitchenery, Inc., Akshay Bhuva, and Luis Isaza, by and through their attorney, Griffin Klema, Esq., and pursuant to Local Rule 3.01(g)(3) supplement the certifications in (1) their motion for judgment on the pleadings [DE 31] and (2) motion for certificate of appealability [DE 32].

The undersigned counsel for the movants certifies that he conferred with Jeremiah Foley, counsel for plaintiff Dassault Systemes Solidworks Corporation, by telephone on October 14, 2026, for thirty minutes to confer on the multiple issues raised in the above motions, and plaintiff would not agree to any aspect of the issues raised in the motions, nor does plaintiff agree to any of the relief sought by

defendants in those motions.[1]

__/s/ Griffin Klema________
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Counsel for Defendants*

[1] Additionally, plaintiff has updated its template for filings in this case to reflect the Court's preferences for Times New Roman typeface, and thus also the requirements for 14-point font under Local Rule 1.08(b), which was inadvertently overlooked in earlier submissions in Century Schoolbook typeface.