# EXHIBIT 1

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **DASSAULT SYSTÈMES SOLIDWORKS CORP.**<br><br>*Plaintiffs,*<br><br>**- v.-**<br><br>**KITCHENERY, INC., AKSHAY BHUVA, and LUIS ISAZA**<br><br>*Defendants*. | Index No.:<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff Dassault Systèmes SolidWorks Corporation ("DS SolidWorks") by its undersigned counsel as and for its Complaint against Defendants KITCHENERY, INC. ("Kitchenery"), AKSHAY BHUVA ("Bhuva"), and LUIS ISAZA ("Isaza") (collectively "Defendants") hereby allege as follows:

**<u>NATURE OF THE ACTION</u>**

1. This is a copyright infringement, circumvention of technological measures, and Massachusetts Common Law breach of contract action arising out of Defendants' unauthorized and willful use and copying of DS SolidWorks' SOLIDWORKS software package.

## THE PARTIES

2. Plaintiff DS SolidWorks is a Delaware corporation, having a principal place of business at 175 Wyman Street, Waltham, MA 02451.

3. On information and belief, Defendant Kitchenery, Inc. is a Delaware General Corporation having a principal place of business at 2950 W Hillsborough Avenue, Suite B, Tampa, Florida 33614.

4. On information and belief, Defendant Bhuva is an adult individual working as the Director and CEO of Kitchenery, Inc., and residing at 3814 W Euclid Avenue, Apartment 16, Tampa, Florida 33629.

5. On information and belief, Defendant Isaza is an adult individual and employee of Kitchenery, Inc. residing at 27334 Bonterra Loop, Apartment 212, Wesley Chapel, Florida 33544.

## JURISDICTION AND VENUE

~~5.~~6. This action arises under 17 U.S.C. § 101 et seq. for Defendants' infringement of copyrights owned by DS SolidWorks and for Defendants' circumvention of technical measures used to control access to DS SolidWorks SOLIDWORKS software packages and under state law for breach of contract between Defendants and DS SolidWorks.

~~6.~~7. This Court has subject matter jurisdiction over these copyright infringement and circumvention claims pursuant to 28 U.S.C. §§ 1331, 1332(a), and

1338(a). This Court has subject matter jurisdiction over the state law claim pursuant to 28 U.S.C. §1367(a).

~~7.~~8. This Court has personal jurisdiction over Defendant Kitchenery because, among other things, Kitchenery resides in and conducts business in Florida and in this District.

~~8.~~9. This Court has personal jurisdiction over Defendant Bhuva because, among other things, Bhuva resides in and conducts business in Florida and in this District and this case relates to his business activity in Florida and in this district, and this case relates to his actions in Florida and in this district.

~~9.~~10. This Court has personal jurisdiction over Defendant Isaza because, among other things, Isaza resides in and conducts business in Florida and in this District and this case relates to his actions in Florida and in this District and his business connection to Kitchenery, Inc.

~~10.~~11. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(1), 1391(b)(2), 1391(c)(2), and 1400(a).

## BACKGROUND

### DS SolidWorks and the Copyrighted Works

~~11.~~12. DS SolidWorks is the creator, author, and owner of the software code for the SOLIDWORKS software package, which is a computer-aided design ("CAD") software package.

~~12.~~13. DS SolidWorks has created, authored, and is the owner of various "releases" of SOLIDWORKS, each building upon the prior release.

~~13.~~14. DS SolidWorks owns many copyright registrations for the SOLIDWORKS software package, including the registrations in Table 1 below, also attached as Exhibit 1, hereto.

| Registration Number | Registration Name |
|---|---|
| TX 0005225647 | SolidWorks 2000 |
| TX 0005666476 | SOLIDWORKS 2001 PLUS |
| TX 0005725523 | SOLIDWORKS 2003 |
| TX 0008443820 | SOLIDWORKS 2017 |
| TX000885576 | SOLIDWORKS 2020 |
| TX0009074914 | SOLIDWORKS 2022 |
| TX0009277249 | SOLIDWORKS 2023 |
| TX0009376069 | SOLIDWORKS 2024 |

Table 1

**Detection of Infringement by Defendants**

~~14.~~15. The SOLIDWORKS software incorporates detection and monitoring technology that detects and identifies use of unlicensed and unauthorized copies of the SOLIDWORKS software and transmits identifying data to DS SolidWorks over the internet when such unauthorized uses occur.

~~15.~~16. Through its monitoring technology, DS SolidWorks detected at least 271 uses of unlicensed and unauthorized copies of the SOLIDWORKS software on

at least two computers having Media Access Control ("MAC") addresses as shown below in Table 2 (the "Computers").

| Computer | MAC Addresses |
|---|---|
| 1 | 0c9a3cb60aca<br>0c9a3cb60ac6<br>0c9a3cb60ac7<br>60189571f79f |
| 2 | 6c0b84e28e9c<br>2023510d6676 |

Table 2

***Computer 1***

16.17. Through its monitoring technology, DS SolidWorks detected that at least 169 of the 271 identified uses of unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1.

17.18. Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation data showing that at least 120 of the above-referenced 169 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred while the computer was physically located at 27334 Bonterra Loop, Wesley Chapel, Florida 33544.

18.19. Defendant Isaza resides at 27334 Bonterra Loop, Apartment 212, Wesley Chapel, Florida 33544.

19.20. Unauthorized and unlicensed uses of the SOLIDWORKS software on Computer 1 occurred at Defendant Isaza's residence.

~~20.~~21. Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation data showing that at least 24 of the above-referenced 169 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred while the computer was physically located at 8357 Galewood Circle, Tampa, Florida 33615.

~~21.~~22. Upon information and belief, Defendant Isaza previously resided at 8357 Galewood Circle, Tampa, Florida 33615.

~~22.~~23. Unauthorized and unlicensed use of the SolidWorks software on Computer 1 occurred at Isaza's previous residence.

~~23.~~24. Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation data showing that at least 17 of the above-referenced 169 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred while the computer was physically located at 501 East Kennedy Boulevard, Tampa, Florida 33602.

~~24.~~25. According to its Facebook business profile, attached hereto as Exhibit 2, Defendant Kitchenery, Inc. previously operated out of 501 East Kennedy Boulevard, Suite 1400, Tampa, Florida 33602. *See also* https://www.facebook.com/CordlessAppliances.

~~25.~~26. Unauthorized and unlicensed use of the SolidWorks software on Computer 1 occurred at Kitchenery's previous business location.

~~26.~~27. Through its monitoring technology, DS SolidWorks detected the username "Luis Miguel" on Computer 1.

~~27.~~28. Luis is Defendant Isaza's legal first name.

~~28.~~29. Miguel is Defendant Isaza's legal middle name.

~~29.~~30. Through its monitoring technology, DS SolidWorks detected the email address "luismiguel@usf.edu" on Computer 1.

~~30.~~31. Luis is Defendant Isaza's legal first name.

~~31.~~32. Miguel is Defendant Isaza's legal middle name.

~~32.~~33. "usf.edu" is the internet domain name for the University of South Florida.

~~33.~~34. According to his LinkedIn profile, Defendant Isaza previously attended the University of South Florida. A screenshot of the LinkedIn profile is attached hereto as Exhibit 3. *See also* https://www.linkedin.com/in/luismiguelisaza/.

~~34.~~35. Defendant Isaza uses or previously used the email address "luismiguel@usf.edu" to send and receive emails related to his education at the University of South Florida.

~~35.~~36. Through its monitoring technology, DS SolidWorks detected the email address "luis@kitchenery.us" on Computer 1.

~~36.~~37. "kitchenery.us" is the internet domain name for Kitchenery, Inc.

~~37.~~38. Luis is Defendant Isaza's legal first name.

~~38.~~39. Defendant Isaza uses the email "luis@kitchenery.us" to send and receive emails related to his employment with Kitchenery.

~~39.~~40. Defendant Isaza used Computer 1.

~~40.~~41. Isaza used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 1.

42. Isaza used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 1 to do work for Kitchenery, Inc.

43. Through its monitoring technology, DS SolidWorks detected that the version of SOLIDWORKS used on Computer 1 on and prior to June 27, 2024 was SOLIDWORKS 2023.

44. Through its monitoring technology, DS SolidWorks detected that the version of SOLIDWORKS used on Computer 1 between July 9, 2024 and July 24, 2024 was SOLIDWORKS 2024 Service Pack 1.

45. Upon information and belief, Mr. Isaza upgraded the SOLIDWORKS software on Computer 1 from SOLIDWORKS 2023 to SOLIDWORKS 2024 Service Pack 1 between June 27, 2024 and July 9, 2024.

46. The installation of SOLIDWORKS requires the acceptance of the License Agreement.

47. Upon information and belief, Mr. Isaza accepted the License Agreement between June 27, 2024 and July 9, 2024 when installing SOLIDWORKS 2024 Service Pack 1.

48. Upon information and belief, Mr. Isaza accepted the License Agreement acting on behalf of Kitchenery.

49. Through its monitoring technology, DS SolidWorks detected the signature of the SolidSquad crack—-a program used to defeat the purposes of DS SolidWorks' access control measures—on the SOLIDWORKS software used on Computer 1 on July 9, 2024.

50. Upon information and belief, after installing SOLIDWORKS 2024 Service Pack 1 on Computer 1, Mr. Isaza ran the SolidSquad crack on Computer 1.

51. Through its monitoring technology, DS SolidWorks detected that SOLIDWORKS 2024 Service Pack 1 was used on Computer 1 on July 24, 2024 while Computer 1 was connected to the internet through IP address 47.203.6.225.

52. Through its monitoring technology, DS SolidWorks detected that SOLIDWORKS 2024 Service Pack 3 was used on Computer 1 on July 25, 2024 while Computer 1 was connected to the internet through IP address 47.203.6.22.

53. On July 25, 2024, a computer connected to the internet through IP address 47.203.6.225 was connected to a BitTorrent swarm downloading a file name "DS.SolidWorks.2024.SP3.1.Premium-SSQ".

54. The file "DS.SolidWorks.2024.SP3.1.Premium-SSQ" contained SOLIDWORKS 2024 Service Pack 3.

55. The file "DS.SolidWorks.2024.SP3.1.Premium-SSQ" contained the SolidSquad (SSQ) crack.

56. Upon information and belief, on July 25, 2024, Mr. Isaza downloaded SOLIDWORKS 2024 Service Pack 3 with the SolidSquad crack through BitTorrent.

57. Upon information and belief, on July 25, 2024, after downloading SOLIDWORKS 2024 Service Pack 3 with the SolidSquad crack from BitTorrent, Mr. Isaza installed SOLIDWORKS 2024 Service Pack 3 on Computer 1.

58. Upon information and belief, Mr. Isaza accepted the License Agreement while installing SOLIDWORKS 2024 Service Pack 3 on Computer 1 on July 25, 2024.

~~41.~~59. Upon information and belief, on July 25, 2024, after installing SOLIDWORKS 2024 Service Pack 3 on Computer 1, Mr. Isaza ran the SolidSquad crack on Computer 1.

***Computer 2***

~~42.~~60. Through its monitoring technology, DS SolidWorks detected that at least 100 of the 271 identified uses of unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2.

~~43.~~61. Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation data showing that at least 77 of the above-referenced 100 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred while the computer was physically located at 27334 Bonterra Loop, Wesley Chapel, Florida 33544.

~~44.~~62. Defendant Isaza resides at 27334 Bonterra Loop, Apartment 212, Wesley Chapel, Florida 33544.

~~45.~~63. Unauthorized and unlicensed copies of the SOLIDWORKS software were used on Computer 2 at Defendant Isaza's residence.

~~46.~~64. Defendant Isaza used Computer 2.

~~47.~~65. Isaza used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 2.

~~48.~~66. Through its monitoring technology, DS SolidWorks detected that the Host ID on Computer 2 was "DESKTOP-7CFRFTU".

~~49.~~67. On July 31, 2025, Bhuva sent an email to counsel for DS SolidWorks including a screenshot of the "About Your Computer" page from the computer on which ~~SolidWorks~~ Kitchenery was using SOLIDWORKS.

~~50.~~68. Kitchenery did not have a license to use SOLIDWORKS~~SolidWorks~~. Any use of SOLIDWORKS by Kitchenery was infringement of DS SolidWorks' copyrights.

~~51.~~69. The "About Your Computer" page showed that the Host ID on the computer was "DESKTOP-7CFRFTU".

~~52.~~70. On July 31, 2025, Bhuva sent a screenshot of an "About SOLIDWORKS" window.

~~53.~~71. The "About SolidWorks" window can only be accessed by running SOLIDWORKS.

~~54.~~72. The "About SOLIDWORKS" window showed that Kitchenery was using a serial number commonly used by software pirates.

~~55.~~73. On August 1, 2025, Bhuva sent counsel for DS SolidWorks a screenshot of an order sheet showing that Kitchenery purchased an item titled "DELL CAD WORKSTATION AUTODESK, AUTO CAD, REVIT, SOLIDWORKS 2023 AND ADOBE".

~~56.~~74. On August 4, 2025, Bhuva sent counsel for DS SolidWorks an email stating that "Kitchenery purchased a refurbished Dell CAD Workstation via eBay.com. The listing stated 'SOLIDWORKS Premium 2023 – ALL FULLY LICENSED AND ACTIVED AND NEVER EXPIRE!!!'".

~~57.~~75. Upon information and belief, Kitchenery purchased a computer~~d~~ loaded with pirated AUTODESK, AUTO CAD, REVIT, SOLIDWORKS 2023 and ADOBE software on eBay.

~~58.~~76. Upon information and belief, the computer loaded with pirated AUTODESK, AUTO CAD, REVIT, SOLIDWORKS 2023 and ADOBE software is Computer 2.

~~59.~~77. Kitchenery used pirated SOLIDWORKS 2023 on Computer 2.

~~60.~~78. Unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 2 were used to do work for Kitchenery, Inc.

**Infringement, Circumvention, and Breach by Kitchenery, Inc., and Luis Isaza**

~~61.~~79. Upon information and belief, the Computers referenced in Table 2 are owned by at least one of Kitchenery, Bhuva, and/or Isaza.

~~62.~~80. An Instagram post dated February 24, 2024, posted under the username "kitcheneryinc" indicates that Defendant Isaza began working as a Senior Mechanical Engineer at Kitchenery in February 2024. A screenshot of the post is attached hereto as Exhibit 4.

~~63.~~81. On his LinkedIn profile, Defendant Isaza describes that he "Direct[s] injection-molded plastic part design including DFM["Design for Manufacturing"]/DFA["Design for Assembly"], draft, snap-fits, tolerances, and

tooling," and "[l]ead[s] prototype builds, validation testing, and cross-functional design reviews" in his position at Kitchenery, Inc. *See* Exhibit 3.

~~64.~~82. DS SolidWorks' SOLIDWORKS software packages are used for DFM ([("Design for Manufacturing")]), DFA ([("Design for Assembly")]), and drafting.

~~65.~~83. Upon information and belief, Isaza uses DS SolidWorks' SOLIDWORKS software to perform one or more of these job functions.

~~66.~~84. Upon information and belief, Kitchenery financially benefits from the use of DS SolidWorks' SOLIDWORKS software packages.

~~67.~~85. Upon information and belief, the Computers have been used by at least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva.

~~68.~~86. Upon information and belief, at least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva downloaded one or more unlicensed copies of SOLIDWORKS from the internet.

~~69.~~87. Upon information and belief, at least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva installed or caused to be installed one or more copies of SOLIDWORKS on the Computers.

~~70.~~88. During the installation process of SOLIDWORKS, a link to the License Agreement is displayed on the computer screen. A copy of the License Agreement is attached as Exhibit 5 hereto.

~~71.~~89. The License Agreement states that "… installing and using [SOLIDWORKS]… will signify your agreement to be bound by these terms and conditions." Exhibit 5 at p. 2/45.

~~72.~~90. At least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva installed and used SOLIDWORKS on the Computers, thereby accepting to be bound by the terms and conditions of the License Agreement.

~~73.~~91. One of the terms and conditions of the License Agreement is that the SOLIDWORKS software cannot be loaded or used in any computer, nor can it be copied, without a right to do so from DS SolidWorks: "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from DS." *Id*. at 2/45.

~~74.~~92. The License Agreement gives permission to a user to install and use one (1) copy of SOLIDWORKS if they paid ~~the license~~ for a single-user license of SOLIDWORKS: "If you have paid the license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." Id. at 3/45—4/45.

~~75.~~93. Defendants did not pay the license fee for the unauthorized and unlicensed copies of SOLIDWORKS that were installed on the Computers.

~~76.~~94. Therefore, Defendants did not have authorization from DS SolidWorks to launch (execute) and/or use SOLIDWORKS for the above-referenced unlicensed and unauthorized uses.

~~77.~~95. Another of the terms and conditions of the License Agreement is that (i) use of SOLIDWORKS without the required lock device or authorization key provided by DS is prohibited, and (ii) the user is prohibited from taking steps to avoid or defeat the license authorization key mechanism for controlling access to SOLIDWORKS: "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS]. You may not take any steps to avoid or defeat the purpose of any such measures. Use of [SOLIDWORKS] without any required lock device or authorization key provided by DS is prohibited." Id. at 24/45.

~~78.~~96. Through its monitoring technology, DS SolidWorks detected the signature of the SolidSquad (SSQ) crack~~, a program used to defeat the purposes of DS SolidWorks' access control measures,~~ on the Computers.

~~79.~~97. Upon information and belief, at least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva ran

the SolidSquad (SSQ) crack on the Computers following the installation of SOLIDWORKS.

80.98. Upon information and belief, at least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva launched (executed) and/or used one or more unlicensed and unauthorized copies of SOLIDWORKS on the Computers.

81.99. Upon information and belief, Bhuva and Kitchenery controlled the infringement and circumvention performed by Isaza, employees of Kitchenery, and/or other persons under the control of Kitchenery and/or Bhuva.

82. Upon information and belief, Kitchenery derived a financial benefit from the infringement and circumvention performed by Isaza, Kitchenery employees and/or other persons under the control of Kitchenery.

100.

## Direct, Vicarious and Contributory Liability by Bhuva

83.101. According to Kitchenery's filings with the Secretary of State of California, Bhuva is both a Director and the CEO of Kitchenery.

102. Upon information and belief, as Director and CEO, Bhuva is a dominant influence at Kitchenery.

103. Upon information and belief, as Director and CEO of Kitchenery, Bhuva had the capacity to control Kitchenery.

84.104. Upon information and belief, as Director and CEO of Kitchenery, Bhuva had the ability to supervise the use of software used to do work for Kitchenery by Isaza, employees of Kitchenery, and people under the control of Kitchenery.

85.105. Upon information and belief, Bhuva determined the policies which resulted in the infringement and circumvention by Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery.

86.106. Upon information and belief, Bhuva could have stopped the infringement and circumvention by Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery.

107. Upon information and belief, Bhuva controlled the infringement by Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery.

87.

108. Upon information and belief, Bhuva owned and/or provided the Computers upon which Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery infringed DS SolidWorks' copyrights and circumvented its technological measures.

109. Upon information and belief, by providing the Computers upon which Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery

infringed DS SolidWorks' copyrights and circumvented its technological measures, Bhuva induced the infringement and circumvention.

110. Upon information and belief, Bhuva directed Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery to use the SOLIDWORKS software on the Computers.

~~88.~~111. Upon information and belief, Bhuva participated in the use of SOLIDWORKS on the Computers.

~~89.~~112. Upon information and belief, Bhuva provided the workspace within which by Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery infringed DS SolidWorks' copyrights and circumvented its technological measures.

113. Upon information and belief, Bhuva materially contributed to the infringements by ~~by~~ Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery.

~~90.~~

114. Upon information and belief, Bhuva knew of the infringements ~~by employees of~~ by Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery, at least as early as January 17, 2025, when DS SolidWorks sent its first letter.

115. Bhuva did not stop the infringements by employees of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery.

91.

92.116. Bhuva is the Director, CEO, and Founder of Kitchenery.

93.117. Upon information and belief, as Director, CEO, and Founder of Kitchenery, Bhuva derives a financial benefit from work performed by employees of Kitchenery, and/or persons under the control of Kitchenery, including Isaza.

6. Upon information and belief, Bhuva derived a financial benefit from the unauthorized and unlicensed use of DS SolidWorks' SOLIDWORKS software package by Isaza, employees of Kitchenery, and/or persons under the control of himself and/or Kitchenery.

**Notice of Infringement to Defendants**

94.118. On August 29, 2024, counsel for DS SolidWorks sent a letter, attached as Exhibit 6 hereto, to Bhuva and Kitchenery, offering to resolve the unauthorized use of DS SolidWorks' SOLIDWORKS software packages on at least one machine.

~~95.~~119. Between August 30, 2024, and November 12, 2024, a compliance mediator from DS SolidWorks contacted Bhuva and Kitchenery in order to resolve the unauthorized use of DS SolidWorks' SOLIDWORKS software packages. No resolution was reached.

~~96.~~120. Between December 9, 2024, and September 4, 2025, counsel for DS SolidWorks contacted Bhuva and Kitchenery regarding the possibility of resolving Defendants' unauthorized use of DS SolidWorks' SOLIDWORKS software packages via a series of extensive emails. Again, no resolution was reached.

~~97.~~121. Through its monitoring technology, DS SolidWorks detected uses of unlicensed and unauthorized copies of its SOLIDWORKS software packages by Defendants at least until July 29, 2025.

~~98.~~122. Defendants continued to use unlicensed and unauthorized copies of SOLIDWORKS throughout resolution attempts by Dassault and counsel for DS SolidWorks despite being notified of the infringement, including the introduction of infringements on Computer 2, which began during the resolution attempt period on September 20, 2024, and continued until at least July 29, 2025.

**COUNT I**
**FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

~~99.~~123. DS SolidWorks repeats and incorporates herein ~~each of the preceding paragraphs.~~paragraphs 1 through 122.

~~100.~~124. SOLIDWORKS, including SOLIDWORKS 2023 and SOLIDWORKS 2024, is an original work of DS SolidWorks and is protectable by the copyright laws of the United States.

~~101.~~125. DS SolidWorks owns all rights and title to the copyrights of SOLIDWORKS.

~~102.~~126. At least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva downloaded the SOLIDWORKS 2023 and SOLIDWORKS 2024 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without authorization or permission from DS SolidWorks.

~~103.~~127. Subsequent to downloading a copy of SOLIDWORKS, at least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva installed, executed, and utilized the SOLIDWORKS software on one or more computers without authorization or permission from DS SolidWorks.

~~104.~~128. At least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g. random-access memory (RAM) without authorization or permission from DS SolidWorks.

~~105.~~129. At least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva executed SOLIDWORKS on at least the above-identified Computers.

~~106.~~130. By making unauthorized copies of SOLIDWORKS as described above, at least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva infringed and violated (directly and/or indirectly) DS SolidWorks' copyrights in SOLIDWORKS and the SOLIDWORKS Copyright Registrations, including at least DS SolidWorks' exclusive right under 17 U.S.C. § 106(1) to "reproduce the copyrighted work in copies."

~~107.~~131. Upon information and belief, Kitchenery and/or Bhuva controlled the above-described infringement of DS SolidWorks' copyrights.

~~108.~~132. Upon information and belief, Kitchenery and Bhuva received a direct financial benefit from the above-described infringement of DS SolidWorks' copyrights.

~~109.~~133. Upon information and belief, Kitchenery and/or Bhuva knew about the above-described infringement of DS SolidWorks' copyrights.

~~110.~~134. Upon information and belief, Kitchenery and/or Bhuva materially contributed to the above-described infringement of DS SolidWorks' copyrights.

~~111.~~135. The infringement and violation of DS SolidWorks' copyrights by Kitchenery, Bhuva, and Isaza has been knowing and willful.

112.136. DS SolidWorks has been damaged by the aforementioned infringement.

**COUNT II**
**CIRCUMVENTION OF TECHNOLOGICAL MEASURES (17 U.S.C. § 1201)**

113.137. DS SolidWorks repeats and incorporates herein each of the preceding paragraphsparagraphs 1-122.

114.138. SOLIDWORKS includes technological measures that effectively control access to the SOLIDWORKS software, including a requirement during installation to input an authorized License Key provided by DS SolidWorks to properly-license users of SOLIDWORKS to "unlock" SOLIDWORKS and thereby allow the installation, subsequent use of, and access to SOLIDWORKS.

115.139. None of Defendants received an authorized License Key from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

116.140. Upon information and belief, at least one of Isaza, employees of Kitchenery, Bhuva, and/or persons under the control of Kitchenery or Bhuva circumvented the technological measures incorporated into SOLIDWORKS to gain access to SOLIDWORKS by avoiding, bypassing, deactivating, and/or otherwise impairing such technological measures, including at least during the installation of SOLIDWORKS.

117.141. Upon information and belief, at least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva used a SolidSquad

(SSQ) crack signature to avoid, bypass, deactivate, or otherwise impair such technological measures.

~~118.~~142. By avoiding, bypassing, deactivating, or otherwise impairing the technological measures to control access to SOLIDWORKS, including by avoiding, bypassing, deactivating, or otherwise impairing the input of an authorized License Key, at least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva violated 17 U.S.C. § 1201 each time an unauthorized use occurred.

~~119.~~143. Upon information and belief, Kitchenery and Bhuva controlled the above-described circumvention.

~~120.~~144. Upon information and belief, Kitchenery and Bhuva received a direct financial benefit from the above-described circumvention.

~~121.~~145. Upon information and belief, Kitchenery and Bhuva knew about the above-described circumvention.

~~122.~~146. Upon information and belief, the above-described circumvention by Defendants was willful.

~~123.~~147. DS SolidWorks has been damaged by the above-described circumvention.

**COUNT III**
**BREACH OF CONTRACT**
**(Massachusetts Common Law)**

~~124.~~148. DS SolidWorks repeats and incorporates herein paragraphs 1-122~~DS SolidWorks repeats and incorporates herein each of the preceding paragraphs~~.

~~125.~~149. The installation of SOLIDWORKS, including at least SOLIDWORKS 2023 and SOLIDWORKS 2024 requires the user to accept the terms and conditions of the SOLIDWORKS License Agreement. *See* Exhibit 5.

~~126.~~150. At least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva accepted the SOLIDWORKS License Agreement when they installed SOLIDWORKS 2023 and SOLIDWORKS 2024.

~~127.~~151. The License Agreement states "[i]f you have paid the license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." Ex. 5 at 3/45.

~~128.~~152. Defendants did not pay the license fee to install SOLIDWORKS on the Computers for the above-referenced unlicensed and unauthorized uses.

~~129.~~153. By installing the SOLIDWORKS software on the Computers without paying the license fee, at least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva breached the License Agreement.

~~130.~~154. The License Agreement states, "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from [DS SolidWorks]." Ex. 5 at 2/45.

~~131.~~155. Defendants did not receive the right to load, use, or copy SOLIDWORKS from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

~~132.~~156. At least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva downloaded the SOLIDWORKS 2023 and SOLIDWORKS 2024 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, thereby creating a copy of SOLIDWORKS software without a right to do so from DS SolidWorks.

~~133.~~157. Subsequent to downloading a copy of SOLIDWORKS, at least one of Isaza, employees of Kitchenery, and/or persons under the control of Kitchenery and/or Bhuva installed, executed, and used the SOLIDWORKS software on one or more computers without a right to do so from DS SolidWorks.

~~134.~~158. Each time at least one of Isaza, employees of Kitchenery, Bhuva, and/or persons under the control of Kitchenery or Bhuva executed SolidWorks, at least one of Isaza, employees of Kitchenery, Bhuva, and/or persons under the control of Kitchenery or Bhuva caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g., random access memory (RAM) without a right to do so from DS SolidWorks.

~~135.~~159. At least one of Isaza, employees of Kitchenery, Bhuva, and/or persons under the control of Kitchenery or Bhuva executed SOLIDWORKS at least on the above-identified Computers.

~~136.~~160. By copying SOLIDWORKS as described above, at least one of Isaza, employees of Kitchenery, Bhuva, and/or persons under the control of Kitchenery or Bhuva breached the License Agreement by copying SOLIDWORKS without the right to do so from DS SolidWorks.

~~137.~~161. By loading SOLIDWORKS onto the Computers, at least one of Isaza, employees of Kitchenery, Bhuva, and/or persons under the control of Kitchenery or Bhuva breached the License Agreement by loading SOLIDWORKS without the right to do so from DS SolidWorks.

~~138.~~162. By using SOLIDWORKS on the Computers, at least one of Isaza, employees of Kitchenery, Bhuva, and/or persons under the control of Kitchenery or Bhuva breached the License Agreement by using SOLIDWORKS without the right to do so from DS SolidWorks.

~~139.~~163. The License Agreement states: "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS]. You may not take any steps to avoid or defeat the purpose of any such measures. Use of any Offering

without any required lock device or authorization key provided by DS is prohibited." Ex. 5 at 24/45.

~~140.~~164. Upon information and belief, after installing SOLIDWORKS, at least one of Isaza, employees of Kitchenery, Bhuva, and/or persons under the control of Kitchenery or Bhuva ran the SolidSquad (SSQ) crack program.

~~141.~~165. Running the SolidSquad (SSQ) crack program is a step to avoid or defeat the purpose of the license authorization key to control access to SOLIDWORKS.

~~142.~~166. By running the SolidSquad (SSQ) crack program, at least one of Isaza, employees of Kitchenery, Bhuva, and/or persons under the control of Kitchenery or Bhuva breached the License Agreement.

~~143.~~167. DS SolidWorks did not provide Defendants a license authorization key for the copies of SOLIDWORKS used on the Computers by at least one of Isaza, employees of Kitchenery, Bhuva, and/or persons under the control of Kitchenery or Bhuva for the above-referenced unlicensed and unauthorized uses.

~~144.~~168. The License Agreement states that it is to be governed by the law of the Commonwealth of Massachusetts. Id. at 3/45.

~~145.~~169. DS SolidWorks has been damaged by the aforementioned breach.

**PRAYER FOR RELIEF**

WHEREFORE, DS SolidWorks prays for relief as follows:

A. For a judgment determining that Kitchenery, Isaza, and Bhuva have infringed DS SolidWorks' copyrights in violation of 17 U.S.C. § 501;

B. For a judgment determining that Kitchenery, Isaza, and Bhuva have circumvented a technological measure that controls access to the SOLIDWORKS software in violation of 17 U.S.C. § 1201;

C. For a finding that such infringement and/or circumvention was willful;

D. For a judgment determining that Kitchenery, Isaza, and Bhuva have breached the License Agreement under Massachusetts Common Law;

E. For a judgment preliminarily and permanently enjoining and restraining Kitchenery, Isaza, and Bhuva, including their officers, directors, employees, agents, and servants, and all those in active concert of participation with any of them from directly or indirectly infringing DS SolidWorks' copyrights;

F. For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of Kitchenery, (iii) statutory damages of $150,000 per work infringed, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. §§ 504 and 505;

G. For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of Kitchenery, (iii)

statutory damages of $2,500 per act of circumvention, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. § 1203;

H. For a judgment awarding DS SolidWorks any other damages to which it is entitled under statute or common law; and

I. For such other and further relief as the Court deems just and proper.

## DEMAND FOR A JURY TRIAL

DS SolidWorks hereby demands a trial by jury in this action.

Dated: ~~March~~ November __, 2026 Respectfully Submitted,

/s/
Erik Johanson
Florida State Bar No. 106417
Erik Johanson PLLC
3414 W Bay to Bay Blvd
Tampa, FL 33629
Telephone: (813) 210-9442
Email: erik@johanson.law
Email: ecf@johanson.law
*Local Counsel for Plaintiff*

/s/
Glenn E. Forbis
Jeremiah J. Foley
Harness, Dickey & Pierce PLC
100 Bloomfield Hills Pkwy, Ste 200
Bloomfield Hills, MI 48304
248-641-1600
Email: gforbis@harnessip.com
Email: jfoley@harnessip.com
*Counsel for Plaintiff DS SolidWorks*
*~~(Pending Admiission~~Admission ~~Pro Hac Vice)~~*